1  TAD A. DEVLIN (SBN: 1903555)
   SHANNON L. ROSS (SBN: 205714)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GORDON ERSPAMER                ) CASE NO.  C08-04692 MMC
                                    )
12 |              Plaintiff,        ) STIPULATION AND [PROPOSED]
                                    ) ORDER REGARDING STANDARD
13 |       v.                       ) OF REVIEW AND DISCOVERY
                                    )
14 | MORRISON & FOERSTER LLP LONG TERM )
     DISABILITY PLAN,               )
15                                  )
                 Defendant.         )
16 |_____)

STIPULATION & [PROPOSED] ORDER REGARDING
STANDARD OF REVIEW AND DISCOVERY                         CASE NO. C08-04692 MMC

The parties, by and through their counsel of record, hereby stipulate and agree that the *de novo* standard of review applies to Plaintiff Gordon Erspamer's claim for long-term disability benefits. The parties further stipulate and agree not to conduct discovery beyond the administrative claim record, unless the Court instructs a party or the parties to address issues outside the administrative claim record.

It is so stipulated.

DATED: February 19, 2009              LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By: /s/ Daniel Feinberg
    Daniel Feinberg
    Nina Wasow.
    Attorneys for Plaintiff
    GORDON ERSPAMER

DATED: February 19, 2009              GORDON & REES LLP


By: /s/ Tad Devlin
    Tad A. Devlin
    Shannon L. Ross
    Attorneys for Defendant
    MORRISON & FOERSTER LLP LONG TERM
    DISABILITY PLAN

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the Court will review Plaintiff's claim for long-term disability benefits *de novo* and no discovery will be permitted unless the Court instructs a party or the parties to address issues outside the administrative claim record. Accordingly, the Court vacates the March 13, 2009 deadline for Plaintiff to file his Motion on Standard of Review and vacates the April 16, 2009 hearing on the motion.

IT IS SO ORDERED.

DATED: February 20, 2009

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE