Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON ERSPAMER, <br><br> Plaintiff, <br><br> vs. <br><br> MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. C 08-04692 MMC <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL |

Pursuant to Local Rules 7-11 and 79-5(b)-(c), IT IS HEREBY ORDERED THAT Plaintiff's Motion to File Documents Under Seal is GRANTED.  The Clerk is directed to file the unredacted versions ~~specified portion~~s of Plaintiff's Motion for Judgment; the Declaration of Maria DeMartini; and Exhibit 23 to the Declaration of Nina Wasow in Support of Plaintiff's Motion for Judgment under seal.

IT IS SO ORDERED.

Dated: November 13, 2009

United States District Judge