TAD A. DEVLIN (SBN: 1903555)
SHANNON L. ROSS (SBN: 205714)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON ERSPAMER,

    Plaintiff,

v.

MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,

    Defendant.

CASE NO. C08-04692 MMC

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT** AND CONTINUING HEARING

**Accompanying Document: Declaration of Tad A. Devlin in Support of Stipulation and [Proposed] Order Regarding Briefing Schedule for Cross-Motions for Judgment**

The parties, by and through their counsel of record, hereby stipulate and agree to the following changes to the deadlines for filing their briefs for their Cross-Motions for Judgment, to be heard by this Court on January 15, 2010:

- Plaintiff's Motion for Judgment: November 6, 2009 (no change);
- Defendant's Cross-Motion for Judgment and Opposition to Plaintiff's Motion for Judgment: November 25, 2009 (formerly November 20);
- Plaintiff's Opposition to Defendant's Cross-Motion for Judgment and Reply in Support of Plaintiff's Motion for Judgment: December 14, 2009 (formerly December 4); and

1

STIPULATION & [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT    CASE NO. C08-04692 MMC

- Defendant's Reply in support of Cross-Motion for Judgment: December 30, 2009 (formerly December 18 ).

IT IS SO STIPULATED.

DATED: November 16, 2009                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By: __/s/_____
Daniel Feinberg
Nina Wasow.
Attorneys for Plaintiff
GORDON ERSPAMER

DATED: November 16, 2009                GORDON & REES LLP


By: __/s/_____
Tad A. Devlin
Shannon L. Ross
Attorneys for Defendant
MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

### [PROPOSED] ORDER

The Court sets the briefing schedule for the Cross-Motions for Judgment pursuant to the Stipulation above. Further, the hearing is CONTINUED to January 22, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 17, 2009

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

PRU/1054181/7244390v.1

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111