Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| GORDON ERSPAMER, | CASE NO. C08-04692 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, | AND DIRECTIONS TO CLERK |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Local Rules 7-11 and 79-5(b)-(c), IT IS HEREBY ORDERED that ~~Plaintiff's~~ Defendant's Motion to File Documents under Seal is GRANTED. The Clerk is directed to file the un-redacted version of ~~Plaintiff's~~ Defendant's Cross Motion for Judgment Pursuant to Federal Rule of Civil Procedure 52 under seal.

IT IS SO ORDERED.

DATED: ~~November ___, 2009~~
December 17, 2009

*[signature]*
Hon. Maxine M. Chesney
United States District Judge
Northern District of California

PRU/1054181/7283863v.1

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
TO FILE DOCUMENTS UNDER SEAL                                    CASE NO. C08-04692 MMC