IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON ERSPAMER,

    Plaintiff,

  v.

MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,

    Defendant

                                           /

No. C-08-4692 MMC

**ORDER RE: VOLUMINOUS DOCUMENTS SUBMITTED TO CLERK BY DEFENDANT; DIRECTIONS TO DEFENDANT**

On or about November 25, 2009, defendant Morrison & Foerster LLP Long Term Disability Plan submitted to the Clerk a loose stack of documents, totaling 1186 pages in length, without a cover sheet and without filing therewith a notice indicating the purpose of such submission. The subject documents have not, to date, been electronically filed.

It is readily apparent from the Court's review of the above-described submission that the 1186 pages are the administrative record, or at least a portion thereof, pertinent to the instant action. What is not apparent is the action defendant seeks to have the Clerk and/or the Court take with respect to such submission.

To the extent defendant may be seeking to file the administrative record manually, defendant has failed to file a Notice of Manual Filing. See General Order No. 45, § VII.A.[1]

---

[1] A review of the docket indicates defendant may have attempted to file a Manual Filing notification on November 25, 2009. (See Document No. 38, filed in Case No. 08-4692.) Such notification was not, however, filed on November 25, 2009 or on any other date.

To the extent defendant may be seeking leave to file portions of the administrative record under seal, defendant has failed to file a motion for leave to file any portion of the administrative motion under seal, and has failed to file in the public record those portions it does not believe should be filed under seal. See Civil Local Rule 79-5(c). Further, irrespective of whether defendant is seeking to file the administrative record manually and/or under seal, defendant has failed to comply with the General Orders of this District, in that defendant has failed to provide a chambers copy of the administrative record. See General Order No. 45, § VI.G.

Accordingly, defendant is hereby DIRECTED to file, no later than December 28, 2009, a Manual Filing notification and/or a motion to file portions of the administrative record under seal, as appropriate, and to provide a chambers copy of any document it seeks to have filed, whether under seal or in the public record.

**IT IS SO ORDERED.**

Dated: December 17, 2009

MAXINE M. CHESNEY
United States District Judge