United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

GORDON ERSPAMER,                          No. C-08-4692 MMC

10
          Plaintiff,                      **ORDER RE: VOLUMINOUS**
11                                        **DOCUMENTS SUBMITTED TO CLERK**
     v.                                   **BY DEFENDANT; DIRECTIONS TO**
12                                        **DEFENDANT**
MORRISON & FOERSTER LLP LONG
13   TERM DISABILITY PLAN,

14          Defendant

15   _____/

16

         On or about November 25, 2009, defendant Morrison & Foerster LLP Long Term

17   Disability Plan submitted to the Clerk a loose stack of documents, totaling 1186 pages in

18   length, without a cover sheet and without filing therewith a notice indicating the purpose of

19   such submission.  The subject documents have not, to date, been electronically filed.

20       It is readily apparent from the Court's review of the above-described submission that

21   the 1186 pages are the administrative record, or at least a portion thereof, pertinent to the

22   instant action.  What is not apparent is the action defendant seeks to have the Clerk and/or

23   the Court take with respect to such submission.

24       To the extent defendant may be seeking to file the administrative record manually,

25   defendant has failed to file a Notice of Manual Filing.  See General Order No. 45, § VII.A.[1]

26

27       [1]A review of the docket indicates defendant may have attempted to file a Manual
     Filing notification on November 25, 2009. (See Document No. 38, filed in Case No. 08-
28   4692.)  Such notification was not, however, filed on November 25, 2009 or on any other
     date.

1   To the extent defendant may be seeking leave to file portions of the administrative record

2   under seal, defendant has failed to file a motion for leave to file any portion of the

3   administrative motion under seal, and has failed to file in the public record those portions it

4   does not believe should be filed under seal.  See Civil Local Rule 79-5(c).  Further,

5   irrespective of whether defendant is seeking to file the administrative record manually

6   and/or under seal, defendant has failed to comply with the General Orders of this District, in

7   that defendant has failed to provide a chambers copy of the administrative record.  See

8   General Order No. 45, § VI.G.

9          Accordingly, defendant is hereby DIRECTED to file, no later than December 28,

10  2009, a Manual Filing notification and/or a motion to file portions of the administrative

11  record under seal, as appropriate, and to provide a chambers copy of any document it

12  seeks to have filed, whether under seal or in the public record.

13        **IT IS SO ORDERED.**

14

15  Dated:  December 17, 2009

16        MAXINE M. CHESNEY
          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                    2