1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

11   GORDON ERSPAMER,           )   CASE NO. C08-04692 MMC

12             Plaintiff,    )   [PROPOSED] ORDER GRANTING

                         )   DEFENDANT'S MOTION TO FILE

13     v.                    )   CITED PORTION OF THE

                         )   ADMINISTRATIVE RECORD

14   MORRISON & FOERSTER LLP LONG TERM )   UNDER SEAL

    DISABILITY PLAN,          )

15                          )

            Defendant.    )

16                          )

                         )

17 _____ )

                                                 defendant's

18       Pursuant to Local Rules 7-11 and 79-5(b)-(c), IT IS HEREBY ORDERED that ~~Plaintiff's~~

19 Motion to File Cited Portion of the Administrative Record Under Seal is GRANTED. The Clerk

20 is directed to file the un-redacted version of Cited Portion of the Administrative Record under

21 seal.

22       IT IS SO ORDERED.

23 DATED: December 31, 2009

24

25                         Hon. Maxine M. Chesney

26                         United States District Judge

                           Northern District of California

27

28