UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ERSPAMER,<br><br>  Plaintiff,<br>v.<br><br>MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,<br><br>  Defendant. | CASE NO. C08-04692 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE CITED PORTION OF THE ADMINISTRATIVE RECORD UNDER SEAL |

Pursuant to Local Rules 7-11 and 79-5(b)-(c), IT IS HEREBY ORDERED that ~~Plaintiff's~~ defendant's Motion to File Cited Portion of the Administrative Record Under Seal is GRANTED. The Clerk is directed to file the un-redacted version of Cited Portion of the Administrative Record under seal.

IT IS SO ORDERED.

DATED: December 31, 2009

_____
Hon. Maxine M. Chesney
United States District Judge
Northern District of California