Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON ERSPAMER, | Case No. C 08-04692 MMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Local Rules 7-11 and 79-5(b)-(c), IT IS HEREBY ORDERED THAT Plaintiff's Motion to File Documents Under Seal is GRANTED.  The Clerk is directed to file the specified portions of Plaintiff's Supplemental Brief in Support of Motion for Judgment; the Second Declaration of Maria DeMartini and Exhibits 1 and 3 thereto; and Exhibits 2, 4, and 14 to the Second Declaration of Nina Wasow in Support of Plaintiff's Motion for Judgment under seal.

IT IS SO ORDERED.

Dated: March 10, 2010

United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL         [CASE NO. C 08-04692 MMC]