IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ERSPAMER,<br><br>    Plaintiff,<br><br>  v.<br><br>MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br>_____/ | No. C 08-4692 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S EX PARTE MOTION TO QUASH OR FOR A PROTECTIVE ORDER** |

    Pursuant to Civil Local Rule 72-1, plaintiff's "Ex Parte Motion to Quash or for a Protective Order," filed May 14, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: May 17, 2010

MAXINE M. CHESNEY
United States District Judge