1  TAD A. DEVLIN (SBN: 190355)
   SHANNON L. ROSS (SBN: 205714)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 GORDON ERSPAMER                    )  CASE NO.  C08-04692 MMC
                                      )
12              Plaintiff,            )  **STIPULATED REQUEST FOR
                                      )  ORDER CHANGING TIME AND
13         v.                         )  [PROPOSED] ORDER [L.R. 6-2]**
                                      )
14 MORRISON & FOERSTER LLP LONG TERM  )
   DISABILITY PLAN,                   )
15                                    )
                Defendant.            )
16 _____)

17

18

19         IT IS HEREBY STIPULATED AND REQUESTED by the undersigned counsel for the

20 respective parties hereto, pursuant to Local Rule 6-2, that the dates set forth in the Court's April

21 20, 2010 Order be extended as follows:

22       • Deadline for Defendant to complete discovery: September 17, 2010;

23       • Deadline to file Case Management Statement: October 1, 2010; and

24       • Case Management Conference: October 8, 2010.

25         This request is made in light of Magistrate Judge Larson's May 18, 2010 Order wherein

26 he set the hearing for Plaintiff's Motion to Quash or for Protective Order for June 30, 2010.  The

27 requested extension allows time for a determination to be made on Plaintiff's Motion, and for

28 discovery and any discovery-related motions to be completed.

1

1   There have been no previous time modifications requested or made regarding the Court's
2   April 20, 2010 Order setting the discovery and case management deadlines.
3   It is so stipulated.

4   Dated: May 26, 2010                LEWIS, FEINBERG, LEE, RENAKER &
5                                       JACKSON, P.C.

7                                       By: /s/ Daniel Feinberg
                                        Daniel Feinberg
                                        Nina Wasow
8                                       Attorneys for Plaintiff
                                        GORDON ERSPAMER

10  Dated: May 25, 2010                GORDON & REES LLP

12                                      By: /s/ Shannon L. Ross
                                        Tad A. Devlin
13                                      Shannon L. Ross
                                        Attorneys for Defendant
14                                      MORRISON & FOERSTER LLP LONG
                                        TERM DISABILITY PLAN

17  I, SHANNON L. ROSS, hereby attest that DANIEL FEINBERG, counsel for plaintiff, concurs in the filing of this Stipulated Request for Order Changing Time
18  .
19  DATED: May 26, 2010                By  /s/ Shannon L. Ross
                                        Shannon L. Ross

21              [PROPOSED] ORDER
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: May 27, 2010

                                        _____
24                                      The Honorable Maxine M. Chesney
                                        UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1054181/7957768v.1