

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GORDON ERSPAMER,

                Plaintiff,

      vs.

MORRISON & FOERSTER LLP LONG
TERM DISABILITY PLAN,

                Defendant.

CASE NO.  C08-04692 MMC (JL)

**[PROPOSED] ORDER GRANTING
DEFENDANT'S ADMINISTRATIVE
MOTION FOR SUR-REPLY AND FOR
ORAL ARGUMENT ON PLAINTIFF'S
MOTION TO QUASH OR FOR A
PROTECTIVE ORDER**

This matter comes before the Court on Defendant's Administrative Motion for Sur-Reply

and for Oral Argument on Plaintiff's Motion to Quash or For a Protective Order ("Defendant's

Administrative Motion").  The Court, Magistrate Judge Larson presiding, having considered the

parties' respective briefs, and the supporting declarations and exhibits, hereby orders that

Defendant's Administrative Motion be GRANTED.

      The Court grants Defendant the opportunity to file a Sur-Reply in Opposition to

Plaintiff's Motion to Quash or For a Protective Order ("Plaintiff's Motion to Quash").  Such Sur-

///

///

1

PRU/1054181/8073555v.1

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION
FOR SUR-REPLY AND FOR ORAL ARGUMENT ON  PLAINTIFF'S MOTION TO QUASH
OR FOR A PROTECTIVE ORDER                    CASE NO. C08-04692 MMC (JL)

1  Reply must be filed no later than June 28, 2010.  Additionally, the Court grants Defendant's

2  request for oral argument at the hearing on June 30, 2010 on Plaintiff's Motion to Quash.

3      IT IS SO ORDERED.

4  DATED:  ~~June~~ July 12 _____, 2010

5  _____

6  James Larson
   United States Magistrate Judge
   Northern District of California

7

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

2

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION
FOR SUR-REPLY AND FOR ORAL ARGUMENT ON  PLAINTIFF'S MOTION TO QUASH
OR FOR A PROTECTIVE ORDER                          CASE NO. C08-04692 MMC (JL)