IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ERSPAMER,<br><br>               Plaintiff,<br><br>vs.<br><br>MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,<br><br>               Defendant. | CASE NO. C08-04692 MMC (JL)<br><br>*AMENDED* [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR SUR-REPLY AND FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO QUASH OR FOR A PROTECTIVE ORDER |

This matter comes before the Court on Defendant's Administrative Motion for Sur-Reply and for Oral Argument on Plaintiff's Motion to Quash or For a Protective Order ("Defendant's Administrative Motion"). The Court, Magistrate Judge Larson presiding, having considered the parties' respective briefs, and the supporting declarations and exhibits, hereby orders that Defendant's Administrative Motion be GRANTED.

The Court grants Defendant the opportunity to file a Sur-Reply in Opposition to Plaintiff's Motion to Quash or For a Protective Order ("Plaintiff's Motion to Quash"). Such Sur-

///

///

1

*AMENDED* [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR SUR-REPLY AND FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO QUASH OR FOR A PROTECTIVE ORDER        CASE NO. C08-04692 MMC (JL)

PRU/1054181/8161391v.1

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  Reply must be filed no later than July 21, 2010.  Additionally, the Court grants Defendant's
2  request for oral argument at the hearing on July 28, 2010 on Plaintiff's Motion to Quash.
3      IT IS SO ORDERED.
4  DATED: July 16, 2010

_____
James Larson
United States Magistrate Judge
Northern District of California

AMENDED [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION
FOR SUR-REPLY AND FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO QUASH
OR FOR A PROTECTIVE ORDER                         CASE NO. C08-04692 MMC (JL)