Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON ERSPAMER, | ) Case No. C 08-04692 MMC (JL) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER REGARDING HEARING ON** |
| vs. | ) **PLAINTIFF'S MOTION TO QUASH** |
| | ) **OR FOR A PROTECTIVE ORDER** |
| MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, | ) **AND DISCOVERY CUT-OFF** |
| Defendant. | ) |

WHEREAS, counsel for Plaintiff are unavailable on July 28, 2010, the date currently set for hearing on Plaintiff's Motion to Quash or for a Protective Order;

WHEREAS, counsel for Defendant have no objection to postponing the hearing by one week, to August 4, 2010;

WHEREAS, counsel for Defendant have requested additional time to complete discovery and Plaintiff has agreed;

IT IS HEREBY STIPULATED AND REQUESTED by the undersigned counsel that Magistrate Judge Larson re-set the hearing on Plaintiff's Motion to Quash or for a Protective

Order to August 4, 2010, and extend the discovery cut-off from September 17, 2010 to October 22, 2010.

Dated: July 23, 2010     LEWIS, FEINBERG, LEE,
                         RENAKER & JACKSON, P.C.

                    By:    /s/ Daniel Feinberg          _
                         Daniel Feinberg
                         Nina Wasow
                         *Attorneys for Plaintiff*

Dated:  July 23, 2010    GORDON & REES LLP

                    By:    /s/ Tad Devlin              
                         Tad Devlin
                         Shannon Ross
                         *Attorneys for Defendant*


### ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation, and for good cause showing, IT IS SO ORDERED.

Dated:  July 27, 2010    _____
                         The Honorable James Larson
                         United States Magistrate Judge