TAD A. DEVLIN (SBN 190355)
SHANNON L. ROSS (SBN 205714)
CARAINE R. LEON GUERRERO (SBN 266046)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ERSPAMER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant. | CASE NO.  C08-04692 MMC (JL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION EXTENDING DEFENDANT'S TIME TO FILE DISCOVERY MOTIONS** |

Defendant's Motion to Extend Discovery Motion Deadline ("Motion") came before the Court, *ex parte*, on October 18, 2010. After review of the Motion and ~~all papers filed herewith,~~ no opposition having been filed, the Court finding GOOD CAUSE appearing, orders as follows:

Defendant's *ex parte* Motion for an Order to Extend Defendant's Time to File Discovery Motions is GRANTED. Defendant shall have until November 3, 2010 to file any discovery motions.

IT IS SO ORDERED.

Dated:  October 25    , 2010

_____
Judge Maxine Chesney
United States District Court, Northern District

-1-