Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| | (JCS) |
| GORDON ERSPAMER, | Case No. C 08-04692 MMC (~~JL~~) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| | **ORDER CHANGING DATE OF** |
| vs. | **SETTLEMENT CONFERENCE** |
| MORRISON & FOERSTER LLP LONG | |
| TERM DISABILITY PLAN, | |
| Defendant. | |

WHEREAS, counsel for Plaintiff are unavailable on January 12, 2011, the date currently set for the parties' settlement conference with Magistrate Judge Spero;

WHEREAS, counsel for Defendant have agreed to postpone the settlement conference;

WHEREAS, Magistrate Judge Spero is available on February 23, 2011, and the parties believe that they will be available on that date;

IT IS HEREBY STIPULATED AND REQUESTED by the undersigned counsel that Magistrate Judge Spero re-set the settlement conference to February 23, 2011.  ~~IT IS FURTHER~~

1  ~~REQUESTED that the Court provide a back-up date in March or April 2011 in the event that~~

2  ~~counsel for Defendant are unavailable on February 23, 2011.~~

3

4

5  Dated: December 22, 2010                    Respectfully submitted,

6                                              LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.
7

8                               By:    _/s/ Daniel Feinberg_____
                                       Daniel Feinberg
9                                      *Attorneys for Plaintiff*

10

11 Dated: December 22, 2010                    GORDON & REES LLP

12                              By:    _/s/ Tad Devlin_____
                                       Tad Devlin
13                                     *Attorneys for Defendant*

14

15

16

17                          **[PROPOSED] ORDER**

18        Pursuant to the stipulation, and for good cause showing, IT IS SO ORDERED.

19

20 Dated:  _Jan. 3, 2011_____          _____

21                                      The Honorable Joseph C. Spero
                                        United States Magistrate Judge
22

23

24

25

26

27

28