TAD A. DEVLIN (SBN: 190355)
SHANNON L. ROSS (SBN: 205714)
CARAINE R. LEON GUERRERO (SBN: 266046)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: tdevlin@gordonrees.com
Email: sross@gordonrees.com

Attorneys for Defendant
MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
PHILIP T. BESIROF (CA SBN 185053)
PBesirof@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Non-Parties
MORRISON & FOERSTER LLP AND MARIA DE MARTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ERSPAMER, <br><br> Plaintiff, <br><br> v. <br><br> MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, <br><br> Defendant. | CASE NO. C08-04692 MMC (JL) <br><br> **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S AMENDED REPLY BRIEF AND RELATED FILINGS** |

Defendant Morrison & Foerster LLP Long Term Disability Plan ("Defendant") and Nonparties Morrison & Foerster LLP and Maria De Martini, by and through their respective attorneys of record, Douglas Hendricks, Esq. and Philip Besirof, Esq., of Morrison & Foerster LLP, and Tad A. Devlin, Esq. of Gordon & Rees LLP, hereby stipulate to the following:

On January 5, 2011, Defendant filed in reply to Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents:

(1) Defendant's Memorandum of Points and Authorities In Support of Defendant's Reply to Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents (which was thirteen (13) pages in total length), with the supporting Declaration of Tad A. Devlin,

(2) Defendant's Written Objections, Responses, and Request to Strike the Declaration of Douglas Hendricks in Support of Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents, and

(3) Defendant's Written Objections and Request to Strike the Declaration of Shamir Colloff in Support of Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents.

Nonparties Morrison & Foerster LLP and Maria De Martini contend that pursuant to Local Rule 7-3(c), the documents referred to as (2) and (3) above should have been incorporated in the Defendant's memorandum in support of the reply brief, and not filed as separate documents.

To avoid the necessity of litigating the separate document issue, Defendant and Nonparties Morrison & Foerster LLP and Maria De Martini agree Defendant will withdraw the documents (2) and (3) referred to above, incorporate them into Defendant's Amended Memorandum of Points and Authorities In Support of Defendant's Reply to Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents, not to exceed the fifteen (15) page limit for

2

the Memorandum as set forth in USDC ND Local Rule 7-3(c), which will be re filed with this Court.

It is so stipulated.

Dated: January 10, 2011                                    GORDON & REES LLP

                                                By:   /s/ Tad A. Devlin
                                                      Tad A. Devlin
                                                      Shannon L. Ross
                                                      Caraine R. Leon Guerrero
                                                      Attorneys for Defendant
                                                      MORRISON & FOERSTER LLP LONG
                                                      TERM DISABILITY PLAN

Dated: January 10, 2011                                    MORRISON & FOERSTER LLP

                                                By:   /s/ Philip Besirof
                                                      Douglas Hendricks
                                                      Philip Besirof
                                                      Attorneys for Nonparties
                                                      MORRISON & FOERSTER LLP AND
                                                      MARIA DE MARTINI

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant will withdraw the documents (2) and (3) referred to in the above stipulation, incorporate them into Defendant's Amended Memorandum of Points and Authorities In Support of Defendant's Reply to Nonparties Morrison & Foerster LLP's and Maria De Martini's Opposition to Defendant's Motion to Enforce Subpoenas and Compel Production of Documents, not to exceed the fifteen (15) page limit for the Memorandum as set forth in USDC ND Local Rule 7-3(c), which will be re filed with this Court.

Dated: January 12, 2011

                                                _____
                                                The Honorable James L. Larson
                                                UNITED STATES MAGISTRATE JUDGE