1 | TAD A. DEVLIN (SBN: 190355)
SHANNON L. ROSS (SBN: 205714)
2 | CARAINE R. LEON GUERRERO (SBN: 266046)
GORDON & REES LLP
3 | 275 Battery Street, Suite 2000
San Francisco, CA  94111
4 | Telephone: (415) 986-5900
Facsimile:  (415) 986-8054
5 | Email: tdevlin@gordonrees.com
Email: sross@gordonrees.com
6
Attorneys for Defendant
7 | MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN

8 | Daniel Feinberg (SBN 135983)
Nina Wasow (SBN 242047)
9 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
10 | Oakland, CA  94607
Telephone: (510) 839-6824
11 | Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
12 | Email: nwasow@lewisfeinberg.com

13 | ATTORNEYS FOR PLAINTIFF

14

15 | IN THE UNITED STATES DISTRICT COURT

16 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 | GORDON ERSPAMER              )    CASE NO.  C08-04692 MMC (JL)
                                )    **ORDER APPROVING**
19 |                  Plaintiff,      )    **STIPULATION ~~AND [PROPOSED]~~**
                                  )    **~~ORDER~~ TO CONTINUE CASE**
20 |               v.            )    **DEADLINES**
                                  )
21 | MORRISON & FOERSTER LLP LONG TERM  )
DISABILITY PLAN,            )
                                  )
22 |                Defendant.    )
23 | _____ )

24

25 |      The parties, Plaintiff Gordon Erspamer, and Defendant Morrison & Foerster LLP Long

26 | Term Disability Plan, by and through their respective attorneys of record, Daniel Feinberg, Esq.

27 | of Lewis, Feinberg, Lee, Renaker & Jackson, and Tad A. Devlin, Esq. of Gordon & Rees LLP,

28 | hereby stipulate to the following:

1

1    The parties requested and obtained a continuance of the Mandatory Settlement

2 Conference ("MSC") with Judge Spero to February 16, 2011 due to Plaintiff's counsel's

3 unavailability for the previously set MSC date of January 12, 2011.  As a result of this changed

4 date, the parties now respectfully seek to continue other case dates accordingly and subject to

5 this Court's availability.

6    Fact Discovery Cut-off – March 25, 2011

7    Defendant's Disclosure of Experts – April 1, 2011

8    Plaintiff's Rebuttal Experts – May 2, 2011

9    Expert Discovery Cut-off – June 3, 2011

10    Joint Case Management Statement Due – June 24, 2011

11    Further Case Management Conference – July 1, 2011

12    It is so stipulated.

13

Dated:  January 25, 2011                    GORDON & REES LLP

14

15

16                                        By:  /s/  Tad A. Devlin
                                              Tad A. Devlin
17                                            Shannon L. Ross
                                              Attorneys for Defendant
18                                            MORRISON & FOERSTER LLP LONG
                                              TERM DISABILITY PLAN

19

20 Dated:  January 25, 2011                   LEWIS, FEINBERG, LEE, RENAKER &
                                              JACKSON, P.C.

21

22                                        By:  /s/ Daniel Feinberg
                                              Daniel Feinberg
23                                            Nina Wasow
                                              Attorneys for Plaintiff
24                                            GORDON ERSPAMER

25

26

27

28

2

1       PURSUANT TO STIPULATION, IT IS SO ORDERED that the above stated dates are

2  ordered as the new case deadlines in this action.

3

4  Dated: __January 27___, 2011



5                         The Honorable Maxine M. Chesney

6                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE DEADLINES CASE NO.  C08-04692 MMC