Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON ERSPAMER, | Case No. C 08-04692 MMC (JL) |
| Plaintiff, | ORDER APPROVING **STIPULATION** ~~AND [PROPOSED]~~ |
| vs. | ~~ORDER~~ **TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |
| MORRISON & FOERSTER LLP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice, and no party shall make an application for attorneys' fees or costs.  It is so stipulated.

Dated: March 14, 2011                LEWIS, FEINBERG, LEE,
                                     RENAKER & JACKSON, P.C.

                              By:    __/s/ Daniel Feinberg_____
                                     Daniel Feinberg
                                     *Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER TO DISMISS                           [CASE NO. C 08-04692 MMC (JL)]

i

| | |
|---|---|
| Dated: March 14, 2011 | GORDON & REES LLP |
| | By: /s/ Tad Devlin |
| | Tad Devlin |
| | *Attorneys for Defendant* |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the above-captioned action is HEREBY DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  March 15  , 2011

*[signature: Maxine M. Chesney]*

The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE